```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 08 B 04346
   CHILAH WOODS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6998

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/26/2008 and was confirmed 07/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/04/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AT&T                       UNSECURED             537.94         .00           .00
ASSET ACCEPTANCE CORP      UNSECURED             376.24         .00           .00
MCI                        UNSECURED          NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED             252.36         .00           .00
SPRINT PCS                 UNSECURED          NOT FILED         .00           .00
FIRST PREMIER BANK         UNSECURED          NOT FILED         .00           .00
IQ TELECOM                 UNSECURED          NOT FILED         .00           .00
LANE EMERGENCY PHYSICIAN   UNSECURED          NOT FILED         .00           .00
GREGORY EMERGENCY PHYS     UNSECURED             618.00         .00           .00
GRANDIFLORA EMERG PHYSIC   UNSECURED          NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED             690.00         .00           .00
US DEPT OF EDUCATION       UNSECURED                .00         .00           .00
HENRY BRAMLETT             NOTICE ONLY       NOT FILED          .00           .00
AMERICAN HONDA FINANCE C   SECURED VEHIC      19733.89          .00        425.00
GREGORY EMERGENCY PHYS     UNSECURED                .00         .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT         29.00          .00         29.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        3,500.00                     419.99
TOM VAUGHN                 TRUSTEE                                          76.01
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 950.00

PRIORITY                                       29.00
SECURED                                       425.00
UNSECURED                                        .00
ADMINISTRATIVE                                419.99
TRUSTEE COMPENSATION                           76.01
DEBTOR REFUND                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 04346 CHILAH WOODS
```

```
                              ---------------      ---------------
TOTALS                               950.00               950.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 04346 CHILAH WOODS